IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN R. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-688 |
| ) | |
| DR. MATHEWS, NURSE AMY, MTA, and ) | Judge Campbell |
| SUMNER COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff John Wilson, a prisoner or detainee presently held at the Sumner County Jail in Gallatin, Tennessee, filed his *pro se* complaint in this action (ECF No. 1), along with an Application to Proceed *in Forma Pauperis* (ECF No. 2). The application, however, is not accompanied by a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined," as required by 28 U.S.C. § 1915(a)(2).

Accordingly, the plaintiff is **DIRECTED** to submit a copy of his trust-fund account statement from *each* jail or prison in which he has been incarcerated during the preceding six months, in compliance with § 1915(a)(2). The plaintiff's submissions must state the docket number of this case on their face (No. 3:13-cv-688). The Court may not address the merits of the plaintiff's application, or his complaint, until the trust fund account statement has been filed. The plaintiff **MUST** submit the document requested within **30 days** of the date this order is entered on the docket. The plaintiff's failure to do so, or to request an extension of time for doing so, within that 30-day period may result in the dismissal of the plaintiff's claims for failure to prosecute and failure to comply with the Court's order.

It is so **ORDERED**.

Todd Campbell
United States District Judge