UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN R. WILSON           )
                         )
v.                       )     NO. 3:13-0688
                         )     JUDGE CAMPBELL
SUMNER COUNTY JAIL, et al.  )

ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE