ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN R. WILSON )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>DR. MATHEWS, et al. )<br> )<br>    Defendants. ) | CIVIL ACTION NO. 3:13-cv-00688<br>(TRAUGER/KNOWLES) |

**MOTION TO BE EXCUSED FROM THE REQUIREMENT
OF LOCAL RULE 83.01(H)(1)**

Defendants KENNETH MATHEWS, MD (identified in the complaint as "Dr. Mathews" and hereinafter referred to as "Dr. Mathews") and AMY BOWEN, RN, (identified in the complaint as "Nurse Amy" and hereinafter referred to as "Nurse Bowen"), through undersigned counsel, request the court excuse the requirement of local counsel set forth in Local Rule 83.01(h)(1) and in support state the following:

1. Local Rule 83.01(h)(1) states:

   If none of the counsel appearing on behalf of a party in any civil case is a resident of or has his principal law office in the State of Tennessee, the Clerk of the Court shall immediately notify said counsel that there shall be joined of record by written appearance, within ten (10) days thereafter, associate counsel qualified to practice in the United States District Court for the Middle District of Tennessee who is a resident of this state or has his principal law office therein, in default of which, all pleadings filed on behalf of such party may be stricken by the Court, either upon motion or upon the Court's own initiative.

2. The undersigned counsel is a resident of the State of Alabama and his law firm's principal place of business is Huntsville, Alabama, which is approximately 20 miles from Tennessee and approximately 112 miles from Nashville, Tennessee.