UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


JOHN R. WILSON                    )
                                  )
vs.                               )   Civil Action No. 3:13-0688
                                  )   Judge Trauger/Knowles
DR. (F/N/U) MATTHEWS, et al.      )


                           **O R D E R**


     By order entered November 6, 2013, this case was referred to the Magistrate Judge to conduct a pretrial conference and enter a pretrial order, assist the plaintiff with the preparation of subpoenas, discuss exhibits and jury instructions, and address all other matters necessary to prepare for trial.

     A final pretrial conference is hereby scheduled before the undersigned on Friday, **October 3, 2014, at 9:30 a.m.** in Courtroom No. 661, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.  An order to produce the plaintiff for the pretrial conference will be entered closer to the pretrial conference.

     Plaintiff is hereby advised that, while he will be able to testify in his own behalf at the jury trial in this matter, he also has the right to call other witnesses to support his case.

     If he wants any witnesses to testify at the trial, the plaintiff is hereby ORDERED to inform the Court by September 26, 2014, what witnesses other than himself, if any, he desires to call at the trial.  Plaintiff shall specify each witness by

name, address or place of employment or both, and articulate what the anticipated testimony of each witness will be.  Plaintiff is advised that subpoenas will issue only as to those potential witnesses who are alleged to advance his claim for relief.  The calling of frivolous witnesses, especially other incarcerated inmates, will not be tolerated, and if it is determined at the trial that plaintiff misled the Court as to a witnesses' expected testimony, the costs of producing said witness may be placed on plaintiff.

Plaintiff is warned that his failure to comply with this Order will result in the denial of any request to produce witnesses made on the date of the trial.

On or before September 19, 2014, Defendants are hereby instructed to prepare a proposed final pretrial order for this action, which shall contain concise statements of the theories of all the parties in the case.  The pretrial order shall also contain the defendants' list of witnesses expected to be called at trial and their list of exhibits proposed for introduction at trial.  A copy of the proposed pretrial order shall be forwarded to Plaintiff <u>no later</u> than one week prior to the pretrial conference so that Plaintiff may review the Order and determine what, if any, changes and/or additions he may wish to make. Plaintiff shall present to the Court any additions or changes at the pretrial conference.  A final pretrial order will be finalized at the pretrial conference.  Notwithstanding these

instructions, the parties may confer prior to the pretrial conference in order to jointly submit the final proposed pretrial order at the pretrial conference.

On or before September 26, 2014, Plaintiff shall also file with the Court a list of his proposed trial exhibits. The parties shall also bring to the pretrial conference their proposed trial exhibits.

An Order to Produce plaintiff for the final pretrial conference and the jury trial, as well as subpoenas for the witnesses plaintiff has requested, will be entered at the appropriate time.

So ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge