IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN R. WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:13-0688 |
| ) | JUDGE TRAUGER/KNOWLES |
| ) | |
| DR. MATHEWS, NURSE AMY, MTA, ) | |
| and SUMNER COUNTY JAIL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In this pro se prisoner case, Judge Campbell previously entered an Order stating in part, "[Plaintiff] is also forewarned that his prosecution of this action will be jeopardized if he fails to keep the Clerk's Office informed of his current address at all times." Docket No. 8, p. 4.

On May 29, 2014, Defendant Sumner County Jail filed a document advising the Court that Plaintiff had been released from the Sumner County Jail on May 15, 2014, and was no longer incarcerated. Docket No. 44. Defendant Jail provided a last known address for Plaintiff as: "1508 Memorial Blvd., RM 140, Springfield, TN 37172." *Id.* On June 16, 2014, four pieces of mail sent by the Clerk's Office to Plaintiff were returned as undeliverable. Docket Nos. 56, 57, 58, 59. Each of the envelopes that was returned contained the statement:

> RETURN TO SENDER
> NOT DELIVERABLE AS ADDRESSED
> UNABLE TO FORWARD

*Id.* (Caps in original).

Plaintiff, therefore, shall provide the Court with his current address on or before August 25, 2014. If Plaintiff fails to do so, the undersigned will recommend that this action be dismissed.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge