## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN R. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0688 |
| | ) | Judge Trauger |
| DR. MATHEWS, *et al.*, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendants. | ) | |

## O R D E R

On September 15, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 64), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

The trial scheduled for November 4, 2014 is being removed from Judge Trauger's calendar, and the pretrial conference scheduled before Magistrate Judge Knowles on October 24, 2014 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 6th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge